# March Term

## VI. Geo. 3.

———◄▬———

THE Chief Juftice, who was Lieutenant Gov-    <span style="font-variant:small-caps">Opening of the Court.</span>
ernour of the Province, was not prefent
through the whole of this fhort Term.

The Charge was given the Grand Jury by Juf-
tice Lynde, who touched upon Nothing but what
related to Matters which were to come before them,
as the Grand Inqueft for the County.

But *what* and *how* the Bufinefs of this Term was
tranfacted; together with the political Fineffe of the
Game that was played, muft be left to be reported
by another Hand, at a future Day. (1)

———————————

(1) See John Adams's account of this feffion given in his " Diary,"
under the date of March 11, 1766, 2 John Adams's Works, 189 :

" 11. Tuefday.   Went to Bofton.   The Chief Juftice not there ; a
" piece of political fineffe to make the people believe he was under the
" neceffity of going a journey this week, but would be here by the next
" was put about, while care was taken to fecure an agreement to an ad-
" journment for three or four weeks ; fo that Hutchinfon is to trim and
" fhift, and luff up, and bear away, and elude the blame of the miniftry
" and the people.   Cufhing fpoke out boldly and faid he was ready to go
on ;

" on ; he had no difficulty about going on.   Lynde faid, we are here.
" Oliver faid, here am I in durefs, and, if I muft go on, I muft.   Thus
" popular compulfion, fear of violence of the Sons of Liberty, &c., was
" fuggefted to be the only motive with him to go on."

We give alfo Governor Bernard's account of the proceedings, con-
tained in a poftfcript to his letter of March 10th, from which an
extract was printed on p. 212.

*Gov. Bernard to Lords of Trade, March 10, 1766.*

" P. S.  Mar. 12.  I have an opportunity to add an account of what
" has been done at the opening of the Superior Court, at the ufual time,
" which was yefterday.   It is ufual for the Lawyers in a body to wait on
" the Judges on the firft day of the Term  before they go into the Court.
" At this meeting, the Chief Juftice not attending, one of the Judges,
" Mr. Peter Oliver, faid that he attended the Court according to his
" duty ; that he underftood that it would be expected, that he & his
" Brethren fhould proceed in bufinefs in defiance of the late Act of Par-
" liament ; that fuch proceeding was contrary to his judgment & opin-
" ion ; & that if he fubmitted to it, it would be only for felf prefervation,
" as he knew he was in the hands of the populace, & therefore he pre-
" vioufly protefted that all fuch acts of his, if they fhould happen, would
" be acts done under durefs.   To which the other Judges affenting, it
" was propofed to each of the Lawyers fingly, whether he defired that
" the bufinefs fhould proceed, contrary to the Act of Parliament : when
" every one of them anfwered in the Negative ; even Mr. Otis himfelf
" who has for 4 months paft been labouring indefatigably to bring about
" this particular mifchief.   But they faid it would be proper to try a
" caufe or two to quiet the people ; accordingly one caufe, which had
" been at iffue before the Stamp Act took place, was tryed and all other
" civil bufinefs was poftponed to the middle of April, by which time
" they expect to know the determination of the parliament.   So evident
" is it that this fcheme, for obliging the Judges of the Superior Court to
" proceed in defiance of the Stamp Act, which has agitated the Gover-
" nor & the General Court at different times for 5 months paft, was not
" calculated for the eafe or convenience of the people who wanted no
" fuch expedient, but was contrived to oblige the Government to join in
" an infult upon the Parliament, or elfe to remain expofed to the refent-
" ment of the people for not fo doing.

F. B.

" (Indorfed)
" Recd. May 19th }
" Read May 29th }  1766.

The

The adjournment was to the 29th of April, on which day the Court again met and again adjourned without proceeding to bufinefs. Adams's defcription of this meeting is as follows:

"29. Tuefday. At Bofton. To this day the Superior Court was "adjourned. Hutchinfon, Lynde and Cufhing were prefent. Two of "the bar agreed to continue an action. Hutchinfon leans over, and or- "ders Winthrop to minute an agreement to continue. We will confider "of it, fays he. Another of the bar moved for a continuance, and no "oppofition. Hutchinfon orders the clerk to enter it, motion for a con- "tinuance, &c. Then the Court went to playing off a farce, and try- "ing to get a caufe for the jury, but none was then ready. Then "Hutchinfon propofed, — ' What if we fhould adjourn to the firft Tuef- "day in June?' . . . . Thus the Chief Juftice is now muftering up "fortitude enough to make public, to manifeft his defire to comply with "the Stamp Act and to affift in carrying it into execution, in order to "lay claim to the protection of the Houfe of Commons, and to claim a "compenfation for his damages. . . . . . I faid not one word for or againft "the adjournment; I faw the Court were determined before I came in, "and they had no right to expect that I would fall in with that determi- "nation; and I had no difpofition to foment an oppofition to it, becaufe "an oppofition made with any warmth might have ended in the demoli- "tion of the earthly houfe of his Honor's tabernacle." 2 John Adams's Works, 193, 4.

On the fixteenth of May, a copy of the repeal of the Stamp Act ar- rived in Bofton.